## 5

**John KOSTANECKI v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. November 5, 1925.)

No. 4519.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Behrendt & Behrendt, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.